IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN CALLERY,<br><br>                        **Plaintiff,**<br><br>    v.<br><br>HOP ENERGY, LLC,<br><br>                        **Defendant.** | **CIVIL ACTION NO. 20-3652** |

## ORDER

**AND NOW,** this 24th day of March 2021, upon consideration of the Court's accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's motion to remand [Doc. No. 5] is **DISMISSED WITHOUT PREJUDICE** pending further jurisdictional discovery directed at the Class Action Fairness Act's amount in controversy requirement.

**IT IS FURTHER ORDERED** that Defendant's motion to dismiss [Doc. No. 14] is **DISMISSED WITHOUT PREJUDICE,** subject to renewal, after the ordered jurisdictional discovery is completed.

It is so **ORDERED.**

                                                                       BY THE COURT:

                                                                       /s/ Cynthia M. Rufe
                                                                       **CYNTHIA M. RUFE, J.**