# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN CALLERY,**<br><br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**HOP ENERGY, LLC,**<br><br>　　　　　　**Defendant.** | **CIVIL ACTION NO. 20-3652** |

## ORDER

**AND NOW,** this 8th day of August 2022, upon consideration of Plaintiff's Second Motion to Remand [Doc. No. 37], the briefing related thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED**. Defendant shall file a response to Plaintiff's Complaint by or before **August 15, 2022**, pursuant to Federal Rule of Civil Procedure 81(c)(2)(C).

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　　　　　―――――――――――
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**