# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN CALLERY**<br><br>                   **Plaintiff,**<br><br>    **v.**<br><br>**HOP ENERGY, LLC**<br><br>                   **Defendant.** | **CIVIL ACTION NO. 20-3652** |

## ORDER

**AND NOW,** this 22nd day of March 2023, upon consideration of Defendant's Renewed Motion to Dismiss [Doc. No. 45] and the responses and replies thereto, it is hereby **ORDERED** that the Renewed Motion to Dismiss is **GRANTED in part** and **DENIED in part** as follows:

1. Plaintiff's claim for the breach of the covenant of good faith and fair dealing ("Count Two") is **DISMISSED**.

2. Plaintiff's request for punitive damages under Pennsylvania's Unfair Trade Practices and Consumer Protection Law is **DENIED**.

3. The Renewed Motion to Dismiss is **DENIED** in all other respects.

It is **FURTHER ORDERED** that Defendant shall respond to Plaintiff's Complaint within **14 days** from the date of this Order.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                _____

                                                **CYNTHIA M. RUFE, J.**