IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN CALLERY**<br><br>　　　　　　**Plaintiff,**<br><br>　v.<br><br>**HOP ENERGY, LLC**<br><br>　　　　　　**Defendant.** | **CIVIL ACTION NO. 20-3652** |

## ORDER

**AND NOW,** this 21st day of August 2023, upon consideration of correspondence from Plaintiff's counsel submitted on August 18, 2023 requesting an extension of case management deadlines, it is hereby **ORDERED** as follows:

1. All discovery matters are referred to Special Discovery Master James T. Giles.

2. The parties' request for an extension of case management deadlines is **DENIED without prejudice.**

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**