IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TZVIA WEXLER**<br><br>        **Plaintiff,**<br><br>v.<br><br>**CITY OF PHILADELPHIA, et al**<br><br>        **Defendants.** | **CIVIL ACTION NO.  19-cv-5760** |
| **BRIAN CALLERY**<br><br>        **Plaintiff,**<br><br>v.<br><br>**HOP ENERGY, INC.**<br><br>        **Defendants.** | **CIVIL ACTION NO.  20-cv-3652** |
| **STUFF ELECTRONICS (DONG GUAN) LIMITED**<br><br>        **Plaintiff,**<br><br>v.<br><br>**FOR YOUR EASE ONLY, INC. et al**<br><br>        **Defendants.** | **CIVIL ACTION NO.  20-cv-4333** |

## **ORDER**

**AND NOW,** this 28th day of September 2023, the Court hereby enters the following Order setting these cases for trial as follows:

    1.    These cases are listed for the trial pool of **January 8, 2024**.  Counsel may be called for trial at any time during the two-week period following this date. All parties, witnesses, and counsel should expect their case to be tried during the trial pool period and should arrange their schedules accordingly. The Court will make every effort to notify counsel at least three business days in advance of the day trial is to commence. Trial will be held in Courtroom 12A, United States Courthouse, 601 Market Street, Philadelphia, PA.

2. Final pretrial memoranda shall be filed pursuant to Local Rule of Civil Procedure 16.1(c) and shall contain all items listed in that rule, including the following: a jurisdictional statement; statement of the facts of the case; damages computation, or description of other relief sought; list of intended witnesses, designated separately for liability and damages; estimate of required trial time; and special comments regarding stipulations, amendments of pleadings or other appropriate issue, including the legal issues involved in the case.  The pretrial memoranda and any motions *in limine* shall be filed no later than **28 days** before the date of the trial pool.

3. The parties shall file a joint list of trial exhibits no later than **14 days** before the trial pool date.

4. In addition to the above, no later than **seven days** before the date of the trial pool each party is required to submit the following: proposed voir dire questions, proposed jury instructions (one point per page), and proposed jury interrogatories. The failure to submit proposed jury instructions may result in the forfeiture of the right to object to omissions in jury charge.  Counsel should provide the Court with copies of the proposed jury instructions and jury interrogatories by e-mail, in a format readable by Microsoft Word.

5. A final pretrial conference will be held the morning of the trial unless otherwise scheduled by separate order.

It is so **ORDERED**.

**BY THE COURT:**

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**