IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN CALLERY**<br>                    **Plaintiff,**<br>        v.<br>**HOP ENERGY, LLC**<br>                    **Defendants.** | CIVIL ACTION NO.  20-cv-03652 |

## ORDER

**AND NOW,** this 6th day of March 2024, upon consideration of the email from counsel, it is hereby ORDERED that the clerk is DIRECTED to place the case in STAY and SUSPENSE pending global settlement discussions. It is further ORDERED that counsel shall submit a joint status report every 30 days concerning the progress of settlement.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**

| | |
|---|---|
| **From:** | Franny Ryan <mfrancesryan@wusinichsweeney.com> |
| **Sent:** | Wednesday, March 6, 2024 2:33 PM |
| **To:** | Chambers of Judge Cynthia M Rufe |
| **Cc:** | McLaughlin, Matthew; Ed Sweeney |
| **Subject:** | Callery v. HOP Energy, Civ. Action No. 20-cv-3652 |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**CAUTION - EXTERNAL:**

Dear Judge Rufe:

We are writing as directed by the Court with our monthly status update. The parties are still actively engaged in global settlement discussions with counsel for the cases against HOP Energy pending in the S.D.N.Y., with the assistance of former Magistrate Judge Welsh.

Respectfully submitted,

M. Frances Ryan and Matthew McLaughlin

M. Frances Ryan
Wusinich, Sweeney & Ryan, LLC
102 Pickering Way, Suite 403
Exton, PA 19341
O: 610-594-1600
F: 610-594-6518
M: 484-393-2606

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.