IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN CALLERY**<br><br>            Plaintiff,<br><br>    v.<br><br>**HOP ENERGY LLC**<br><br>            Defendants. | CIVIL ACTION NO.  20-CV-3652 |

### ORDER

**AND NOW,** this 10th day of April 2024, this case having been previously stayed and placed into civil suspense, it is hereby **ORDERED** that the Clerk of Court is directed to **REMOVE** the case from civil suspense for case-management purposes. The case remains **STAYED.**

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**