IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN CALLERY | : CIVIL ACTION NO. 20-cv-03652 |
| and | : |
| TINA FASANO | : |
| Plaintiffs, | : |
| v. | : |
| HOP ENERGY, LLC | : |
| Defendant. | : |

**PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Plaintiffs request that the Court grant an exception to its fifteen page limit for briefs in support of motions, for the Unopposed Motion for Preliminary Approval of Settlement. A longer brief is necessary due to the many factors which the rules and precedent require the Court to consider in deciding such motions. Defendant does not oppose this request.

Respectfully submitted,

Date: 7/16/2024

By: /s/M. Frances Ryan
M. Frances Ryan
Validation of signature code: MFR1130
Attorney for Plaintiff
Wusinich, Sweeney & Ryan, LLC
102 Pickering Way, Suite 403
Exton, PA 19341
(610) 594-1600
Email: mfrancesryan@wusinichsweeney.com