IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN CALLERY | : | CIVIL ACTION NO. 20-cv-03652 |
| and | : | |
| TINA FASANO | : | |
| Plaintiffs, | : | |
| v. | : | |
| HOP ENERGY, LLC | : | |
| Defendant. | : | |

**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL
OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS FOR
SETTLEMENT PURPOSES**

Plaintiffs Brian Callery and Tina Fasano, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 23, hereby move this Court for entry of an order granting preliminary approval of the Parties' proposed class action settlement and request that the Court grant approval for Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of Class for Settlement Purposes (the "Motion").

For the reasons detailed in the accompanying Memorandum in Support and Declaration of M. Frances Ryan ("Ryan Dec."), the Settlement Agreement and its terms are fair, reasonable, and adequate under applicable legal standards.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion and:

- Grant preliminary approval of the Settlement Agreement, attached as Exhibit 1 to the Ryan Dec.

- Approve the proposed Class Notice attached to the Settlement Agreement as Exhibits A-C;

- Authorize mailing/e-mailing the Class Notices in the manner set forth in the Settlement Agreement;

- Schedule a final approval hearing; and

- Enter the Proposed Order, attached as Exhibit D to the Settlement Agreement.

                              Respectfully submitted,

Date: 7/16/2024                By: */s/M. Frances Ryan*
                                              M. Frances Ryan
                                              Validation of signature code: MFR1130
                                              Attorney for Plaintiff
                                              Wusinich, Sweeney & Ryan, LLC
                                              102 Pickering Way, Suite 403
                                              Exton, PA 19341
                                              (610) 594-1600
                                              Email: mfrancesryan@wusinichsweeney.com