UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN CALLERY and TINA FASANO,<br><br>                      Plaintiffs,<br><br>     v.<br><br>HOP ENERGY, LLC,<br><br>                      Defendant. | Case No.: 20 Civ. 3652 |

## CERTIFICATE OF SERVICE

    I, J. Burkett McInturff, hereby certify that Objectors' Sur-Reply Memorandum of Law in Opposition to Plaintiffs' Motion to Lift Mediation Confidentiality and all accompanying documents were electronically filed with the Clerk in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules for the Eastern District of Pennsylvania, and that I caused a copy to be served upon all counsel of record via the Court's electronic filing system and an unredacted copy to be served upon all counsel of record via email.

Dated: March 3, 2025                      Respectfully submitted,

                                         **WITTELS MCINTURFF PALIKOVIC**

                                         By:    /s/ J. Burkett McInturff
                                                 J. Burkett McInturff*
                                                 305 BROADWAY, 7TH FLOOR
                                                 NEW YORK, NEW YORK 10007
                                                 Telephone: (914) 775-8862
                                                 jbm@wittelslaw.com

                                                 *Counsel for Objectors and Interim Class Counsel in the Consolidated Melville Actions*

                                                 * Admitted Pro Hac Vice