# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRIAN CALLERY | : | CIVIL ACTION NO. 20-cv-03652 |
| and | : | |
| TINA FASANO | : | |
| Plaintiffs, | : | |
| v. | : | |
| HOP ENERGY, LLC | : | |
| Defendant. | : | |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF CLASS FOR <u>SETTLEMENT PURPOSES</u>

Plaintiffs hereby bring this Motion for Final Approval of Class Action Settlement and Certification of Class for Settlement Purposes, and in support thereof, incorporates the facts and arguments in the attached Memorandum of Law as if more fully set forth herein.

Respectfully submitted,

Date: 3/18/2025

BY: <u>/s/ M. Frances Ryan</u>
Edward C. Sweeney, Esq. (PA ID: 64565)
M. Frances Ryan, Esq. (PA ID: 62060)
WUSINICH, SWEENEY & RYAN, LLC
102 Pickering Way, Suite 403
Exton, PA  19341
(610) 594-1600
esweeney@wspalaw.com
mfrancesryan@wusinichsweeney.com
*Attorneys for Plaintiff*