# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN CALLERY,<br>          Plaintiff,<br>v.<br>HOP ENERGY, LLC,<br>          Defendant. | CIVIL ACTION NO. 20-3652 |

## ORDER

**AND NOW,** this 9th day of December 2025, is hereby **ORDERED** that the Clerk of Court is directed to **CLOSE** this case.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**